# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 05-cr-00373-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      BRANDON BENNETT SWENSON,

       Defendant.

___

## ORDER
___

For the reasons stated in Defendant Swenson's Unopposed Motion to Continue Status or Disposition Hearing and to Exclude Time under the Speedy Trial Act [**Docket # 21**] and the statements of counsel at the status hearings on July 20 and August 23, 2007, and pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the Court hereby finds that the failure to grant the continuance from August 23, 2007, to and including September 21, 2007, would deny counsel for the defendant the reasonable time necessary to effectively prepare taking into account the exercise of due diligence and orders that time period excluded from the calculation of speedy trial.

Dated: August  23 , 2007.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge