**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00373-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRANDON B. SWENSON,

    Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that other than Count 1 as to which the Defendant has pled guilty and been sentenced, all remaining counts in the Indictment be dismissed as to the Defendant.

DATED this 30th day of November, 2007.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        UNITED STATES DISTRICT COURT JUDGE
                        DISTRICT OF COLORADO